AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Tamilia Monique Bruton, <br> *Plaintiff* <br> v. <br> Commissioner Social Security Administration, <br> *Defendant* | ) ) ) ) ) ) | Civil Action No.  8:16-cv-01006-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel.

Date:  April 24, 2017                              *ROBIN L. BLUME, CLERK OF COURT*

                                         s/Ashley Buckingham, Deputy Clerk
                                         *Signature of Clerk or Deputy Clerk*